UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 2 7 2010

David J. Bradley, Clerk of Court

FAROUK SYSTEMS, INC. §
§
§
§ CIVIL ACTION NUMBER:
§ 4:09-cv-3746
§
versus §
§
BRUCE BURNS and §
GARY MALONE §
§

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | 03/16/2010 |
|---|---|
| Judgment in Favor of: | FAROUK SYSTEMS, INC. |
| Judgment Against: | BRUCE BURNS and GARY MALONE |
| Amount of Judgment: | $ 1,000,000.00 |
| Amount of Attorney's Fees: | $ 7,277.00 |
| Amount of Costs: | $ 753.83 |
| Rate of Interest: | .34% |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DAVID J. BRADLEY
CLERK OF COURT

DATED: APR 2 9 2010

By: _____
Deputy Clerk